FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2017 OCT 24 PM 3:17
STEPHAN HARRIS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEVEN KIRK and TAMERA KIRK,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTH LINCOLN COUNTY HOSPITAL DISTRICT, d/b/a STAR VALLEY MEDICAL CENTER, and LANCE PETERSEN, M.D.,<br><br>Defendants. | Case No: 16-CV-286-F |

**ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT LANCE PETERSEN, M.D.**

This matter is before the Court on the parties' Stipulated Motion to Dismiss Lance Petersen, M.D. (Doc. 22). The Court has reviewed the stipulated motion and is fully informed in the premises.

IT IS ORDERED that Defendant Lance Petersen is DISMISSED WITH PREJUDICE as a party from this action.

Dated this 24 day of October, 2017.

_____
NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE