**BILLIE L.M. ADDLEMAN, #6-3690**
**TRACI L. LACOCK, #6-4009**
Hirst Applegate, LLP
1720 Carey Avenue, Suite 400 (82001)
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com
tlacock@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEVEN KIRK and TAMERA KIRK, | }<br>} |
| Plaintiffs, | }<br>}<br>} |
| vs. | }   Civil No. 16-CV-286-F<br>} |
| NORTH LINCOLN COUNTY HOSPITAL DISTRICT, d/b/a STAR VALLEY MEDICAL CENTER, | }<br>}<br>}<br>} |
| Defendant. | }<br>} |

## *STIPULATED MOTION TO DISMISS*

Plaintiffs Steven Kirk and Tamera Kirk and Defendant North Lincoln Hospital District d/b/a Star Valley Medical Center hereby stipulate to the dismissal of the above-captioned matter.

WHEREFORE, pursuant to this stipulated motion the parties request the Court enter an Order Dismissing the above-captioned matter with prejudice.

Dated: November 17, 2017                          Dated: November 17, 2017

_____                 s/ William R. Fix_____
Billie LM Addleman, #6-3690                       William R. Fix
Traci L. Lacock, #6-4009                          P.O. Box 297
Hirst Applegate, LLP                              Jackson, WY 83001
Post Office Box 1083                              ***Attorney for Plaintiffs***
Cheyenne, WY  82003-1083
(307) 632-0541
***Attorney for SVMC***