

**FILED**

1:10 pm, 11/21/17
**Stephan Harris
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEVEN KIRK and TAMERA KIRK,<br><br>                    Plaintiffs,<br><br>vs.<br><br>NORTH LINCOLN COUNTY HOSPITAL DISTRICT, d/b/a STAR VALLEY MEDICAL CENTER,<br><br>                    Defendant. | Case No:  16-CV-286-NDF |

## ORDER GRANTING STIPULATED MOTION TO DISMISS

This matter is before the Court on the parties' Stipulated Motion to Dismiss. (Doc. 25). The Court has reviewed the stipulated motion and is fully informed in the premises.

IT IS ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay their costs and attorneys' fees and costs.

Dated this  21st  day of November, 2017.

_____
NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE